IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC. and WALT DISNEY PARKS AND RESORTS, LLC, | |
| Plaintiffs, | Case No. 8:06-cv-00335-RAL-MSS |
| v. | Magistrate: Mary S. Scriven |
| ROOM FINDERS, INC. and JACK S. GIPSON, | |
| Defendants. | |

## FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF

Plaintiffs Disney Enterprises, Inc. ("DEI") and Walt Disney Parks and Resorts, LLC

(now known as Disney Destinations, LLC) (collectively "Plaintiffs") and Defendants Room

Finders, Inc. and Jack S. Gipson (collectively "Defendants") have settled the above-identified

matter. The parties stipulate to the entry of the following Final Judgment of Permanent

Injunction and Other Relief. Having found good cause for the entry of a Final Judgment of

Permanent Injunction and Other Relief,

IT IS HEREBY ORDERED THAT:

A.     This Court has jurisdiction over Plaintiffs and Defendants in connection with

this matter.

B.     Defendants and (i) their employees, agents, partners, officers, directors,

owners, shareholders, principals, attorneys, subsidiaries, related companies, affiliates,

distributors, dealers, successors, and assigns, and (ii) all persons in active concert or

participation with any of them who receive actual notice of this Order by personal service or

1095006v2

otherwise, are hereby PERMANENTLY ENJOINED:

      1.    From registering and using the domain names WDWRESORTS.COM;
DISNEYCLUBNOW.COM: 866407WDISNEY.COM; EPCOTNOW.COM;
DISNEYNOW.COM; DISNEYTOLLFREE.COM; WDWNOW.COM;
838407WDISNEY.COM: and 888-407-W-DISNEY.COM (the "Domain Names"), any other
domain names that are confusingly similar to or dilutive of the Domain Names, and any other
domain names containing DEI's trademarks and/or Plaintiffs' hotel or resort names or any
confusingly similar or dilutive marks or names.

      2.    From using and registering the telephone listings and directory listings
Walt Disney World Hotels and Area Reservations; Walt Disney World Hotels and Area
Reservations by Room Finders; Disney; Disney Reservations; Disney Accommodations;
Disney World; Disney World Accommodations; Walt Disney World; Grand Floridian Hotel
Reservations; Contemporary Hotel Reservations; Polynesian Hotel Reservations; Yacht Club
Hotel Reservations; Beach Club Reservations: Boardwalk Hotel Reservations; Wilderness
Lodge Hotel Reservations; Key West Hotel Reservations: Saratoga Springs Hotel
Reservations; Caribbean Beach Hotel Reservations; Coronado Springs Hotel Reservations;
Port Orleans Hotel Reservations: All Star Sports Hotel Reservations; All Star Music Hotel
Reservations; All Star Movies Hotel Reservations: and Pop Century Hotel Reservations (the
"Telephone Listing Marks"), any other telephone listings (toll-free or otherwise) and
directory listings confusingly similar to or dilutive of the Telephone Listing Marks, and any
other telephone listings (toll-free or otherwise) and directory listings containing any of DEI's
trademarks and/or Plaintiffs' hotel or resort names or any confusingly similar or dilutive

1095006v2          2

marks or names.

3.      From using the telephone number 1-407-WDISNEY, any other telephone numbers confusingly similar to that telephone number, and any other telephone numbers containing any of DEI's trademarks and/or Plaintiffs' hotel or resort names or any confusingly similar or dilutive marks or names.

4.      From using and registering any of Plaintiffs' hotel or resort logos including, but not limited to, the logos displayed in Exhibit A attached hereto (the "Hotel Logos") and any other logos and marks confusingly similar to or dilutive of the Hotel Logos.

5.      From using and registering any of Plaintiffs' theme-park logos including, but not limited to, the logos displayed in Exhibit B attached hereto (the "Theme-Park Logos") and any other logos and marks confusingly similar to or dilutive of the Theme-Park Logos.

6.      From using and registering any of Plaintiffs' Mouse Ears logos (the "Mouse Ears Logos") including, but not limited to, the logos displayed in Exhibit C, and any other logos and marks confusingly similar to or dilutive of the Mouse Ears Logos including the mouse ears logo displayed in Exhibit D attached hereto.

7.      From using and registering the WDW Toll Free! logo displayed below, and any other confusingly similar logos and marks.

8.     From using, copying, distributing, and publishing any copyrighted materials owned by DEI including, but not limited to, any copyrighted images, artwork, or logos available on DEI's website located at disneycopyright.com and any substantially similar materials.

9.     From using and registering the trademarks DISNEY, DISNEY WORLD, WALT DISNEY WORLD, DISNEYLAND, MAGIC KINGDOM, EPCOT, DISNEY-MGM STUDIOS, DISNEY'S ANIMAL KINGDOM, TYPHOON LAGOON, DISNEY'S BLIZZARD BEACH, DISNEY'S CONTEMPORARY RESORT, DISNEY'S POLYNESIAN RESORT, DISNEY'S GRAND FLORIDIAN RESORT & SPA, DISNEY'S CARIBBEAN BEACH RESORT, DISNEY'S YACHT CLUB RESORT, DISNEY'S BEACH CLUB RESORT, DISNEY'S OLD KEY WEST RESORT, DISNEY'S PORT ORLEANS RESORT RIVERSIDE, DISNEY'S PORT ORLEANS RESORT FRENCH QUARTER, DISNEY'S ALL-STAR SPORTS RESORT, DISNEY'S ALL-STAR MUSIC RESORT, DISNEY'S WILDERNESS LODGE, DISNEY'S BOARDWALK INN, DISNEY'S CORONADO SPRINGS RESORT, DISNEY'S ALL-STAR MOVIES RESORT, DISNEY'S ANIMAL KINGDOM LODGE, DISNEY'S POP CENTURY RESORT, DISNEY'S SARATOGA SPRINGS RESORT & SPA, WDW, the Hotel Logos, the Theme-Park Logos, the Mouse Ears Logos, the telephone number 1-407-WDISNEY, and any other trademarks, logos, and hotel or resort names owned by DEI (collectively "the DEI Marks"), and any other trademarks, logos, names, and other identifiers that contain the DEI Marks or are confusingly similar to or dilutive of the DEI Marks including, but not limited to, use as or as part of telephone listings (toll-free or otherwise), directory listings, business names, trade

names, corporate names, domain names, email addresses, URLs, and metatags, on signage, on products, in advertising and promotional materials, on business cards and stationery, on uniforms, on clothing and apparel, and on websites.

        10.    From falsely representing or suggesting by any means whatsoever, directly or indirectly, that Defendants, any product or service offered by Defendants, any website of Defendants, or any activities undertaken by Defendants, are sponsored or approved in any way by Plaintiffs or any of Plaintiffs' affiliated companies.

        C.    AT&T Corp., Defendants' toll-free service provider, will immediately deactivate all of the listings identified in Paragraph B2 of this Order, to the extent not already deactivated, and will immediately remove them from all of its databases and directories, and Defendants will immediately execute and provide all documents and take all actions necessary to effectuate those deactivations.

        D.    If, in the future, Defendants discover that they own or control any other telephone listings (toll-free or otherwise) and directory listings that contain any of the DEI Marks, or that are confusingly similar to or dilute the distinctiveness of any of the DEI Marks, Defendants will immediately direct the appropriate telephone service provider and/or directory provider or publisher to immediately deactivate and remove these listings and Defendants will immediately execute and provide all documents and take all actions necessary to effectuate those deactivations.

        E.    The registrar(s) for the Domain Names will immediately transfer ownership of the Domain Names to DEI or its designee, and Defendants will immediately execute and provide all documents and take all actions necessary to effectuate those transfers.

F.      If, in the future, Defendants discover that they own or control any other domain names that contain any of the DEI Marks, or that are confusingly similar to or dilutive of any of the DEI Marks, they will immediately transfer ownership of such domain names to DEI at their own cost and will immediately execute and provide all documents and take all actions necessary to effectuate those transfers.

G.      Defendants will immediately destroy all signage, banners, brochures, flyers, advertising and promotional materials, posters, displays, fixtures, stationery, forms, business cards, uniforms, apparel, and any other materials and things that bear any of the DEI Marks, or any marks, logos, or names that are confusingly similar to or dilutive of those marks and names.

H.      Defendants will maintain all of the documents produced by Room Finders, Inc.; AT&T Corp.; Walt Disney Parks and Resorts, LLC (now known as Disney Destinations, LLC); Walt Disney World Co.; and The Walt Disney Company in Room Finders, Inc. v. AT&T Corp., Civil Action No. SOM-C-12077-05 (N.J. Super. Ct. Ch. Div. September 15, 2005) ("the New Jersey Action") and the content of such documents in strict confidence and will not disclose such documents or any of their content unless required by law or for litigation and the disclosure is made subject to an appropriate Protective Order to maintain the confidentiality of such documents and their content.  In the event that Defendants are served with a subpoena, order, or other process compelling or requesting any of the documents from the New Jersey Action or their content, Defendants will immediately notify Plaintiffs and, before producing or disclosing any such documents or their content, Defendants will allow Plaintiffs sufficient time to object to the production or disclosure

and/or to take any actions necessary to preserve the confidentiality of such documents and their content.

      I.     Defendants and their employees, agents, partners, officers, directors, owners, shareholders, principals, attorneys, subsidiaries, related companies, affiliates, distributors, dealers, successors, and assigns, will not issue or make any statements, writings, or communications to third parties: (i) of a negative or disparaging nature regarding Plaintiffs or their affiliated companies, employees, agents, officers, and directors, Plaintiffs' business, Plaintiffs' products and services, or Plaintiffs' trademarks, and/or (ii) regarding this action or the New Jersey Action except that Defendants may say that this action has been resolved by the terms of the Final Judgment of Permanent Injunction and Other Relief filed with this Court.

      J.     Defendants will file with this Court and serve on Plaintiffs' attorneys, thirty (30) days after the date of entry of this injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with all of the terms of this Final Judgment of Permanent Injunction and Other Relief.

      K.     This case is otherwise dismissed as against Defendants in accordance with this Final Judgment of Permanent Injunction and Other Relief.

      L.     This Court will retain jurisdiction over any disputes between the parties and their heirs, successors, and assigns with respect to enforcement of this Final Judgment of Permanent Injunction and Other Relief.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

United States District Court Judge

Date: _June 19_____, 2006

## STIPULATION

The undersigned stipulate to the entry of the foregoing Final Judgment of Permanent

Injunction and Other Relief.


Counsel for Plaintiffs Disney Enterprises, Inc. and Walt Disney Parks and Resorts, LLC
(now known as Disney Destinations, LLC)

By: _/s/ Michael W.O. Holihan_____                    Dated: June 19th, 2006
    Michael W.O. Holihan
    Florida Bar No. 0782165
    HOLIHAN LAW
    1101 North Lake Destiny Road, Suite 350
    Maitland, Florida 32750
    Telephone: (407) 660-8575
    Facsimile: (407) 660-0510


Counsel for Room Finders, Inc. and Jack S. Gipson

By: _Mark P. Kelly_____                    Dated: June 7th, 2006
    Mark P. Kelly
    Florida Bar No. 224375
    LOPEZ & KELLY, P.A.
    4600 West Cypress Street, Suite 500
    Tampa, Florida 33607
    Telephone: (813) 289-3400
    Facsimile: (813) 287-5775


1095006v2                          8

# EXHIBIT B











# EXHIBIT A





































# EXHIBIT C









# EXHIBIT D

Disney Reservations                                                        Page 1 of 1

